Attachment A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JUN 29 2023
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

CHRISTIAN OTONIEL LARA-DIAZ )
Reg.No. 56697-279 )
P O Box 6000 )
Glenville, WV 26351 )
(Full name under which you were convicted, )
prison number, place of confinement, and )
full mailing address) )
)
Petitioner, )
vs. )
)
R. BROWN - Warden )
(Name of Warden or other authorized person )
where you are incarcerated) )
)
Respondent. )

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 5:23cv242
(to be assigned by Clerk)

Bailey/ Mazzone/Rubenstein

---

**Important notes to read before completing this form:**

★  Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

   ☐ a conviction
   ☒ a sentence
   ☐ jail or prison conditions
   ☐ prison disciplinary proceedings
   ☐ a parole problem
   ☐ other, state briefly: _____

Attachment A

_____
_____
_____
_____

2.  Are you represented by counsel?   ☐ Yes   ☒ No

    If you answered yes, list your counsel's name and address: _____
    _____
    _____

3.  List the name and location of the court which imposed your sentence:
    <u>United States District Court for the District of</u>
    <u>Massachesetts</u>
    _____

4.  List the case number, if known: <u>1:19-CR-10314</u>

5.  List the nature of the offense for which the sentence was imposed:
    <u>Conspiracy to Distribute and to Possess with Intent to</u>
    <u>Distribute 400 Grams or More of Fentanyl (21 USC § 846);</u>
    <u>Distribution of 40 Grams or More of Fentanyl (21 USC §841</u>(a)

6.  List the date each sentence was imposed and the terms of the sentence:
    <u>January 12, 2021, sentenced to 63 Months</u>
    DATE
    _____

7.  What was your plea to each count? (Check one)

    ☒ Guilty
    ☐ Not Guilty
    ☐ Nolo Contendere

Attachment A

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes    ☒ No

10. If you did appeal, give the following information for each appeal:

    A. Name of Court: _____
    B. Result: _____
    C. Date of Result: _____
    D. Grounds raised (List each one): _____
       _____
       _____
       _____
       _____

    Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

    ☐ Yes    ☒ No

    If your answer was yes, complete the following sections:

    A. First post-conviction proceeding:
       1. Name of Court: _____

Attachment A

    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

B. Second post-conviction proceeding:
    1. Name of Court: _____
    2. Nature of Proceeding: _____
    3. Grounds Raised: _____
    4. Did you receive an evidentiary hearing? ☐ Yes ☐ No
    5. Result: _____
    6. Date of Result: _____

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
    1. First proceeding: ☐ Yes ☐ No Result: _____
    2. Second proceeding: ☐ Yes ☐ No Result: _____

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: _____

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

    A. U.S. Parole Commission unlawfully revoked my parole.
    B. Federal Bureau of Prisons unlawfully computed my sentence.

Attachment A

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.
D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.
E. There is an unlawful detainer lodged against me.
F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.
G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

A. Ground one:
PETITIONER IS BEING DEPRIVED OF HIS LIBERTY THROUGH THE FEDERAL BUREAU OF PRISONS ARBITRARILY DENYING HIM SENTENCING CREDITS FOR HIS PROGRAMMING AND CLASSES SUCCESSFULLY COMPLETED DURING HIS TERM OF IMPRISONMENT

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

Under the "First Step Act" of 2018, the Federal Bureau of Prisons is required to grant prisoners sentencing credits, which decrease his term of imprisonment, for the successful completion of various programs, classes, and other activities geared toward rehabilitation. However,

- CONTINUED -

B. Ground two:

CONTINUED, from GROUND ONE:

due to the fact that the petitioner is subject to a deportation order, the Federal Bureau of Prisons is refusing to award petitioner those credits to which he is, otherwise, entitled under the "First Step Act" of 2018. The actions of the Federal Bureau of Prisons is arbitary, and without any foundation, and, constitutes a violation of the "Separation of Powers" doctrine. Petitioner possesses a liberty interest to not be punished except to the extent as authorized by Congress. See United States v. Beltran, 2023 U.S. Dist.LEXIS 98642 (D.N.M.)(Bureau of Prisons failure to award petitioner 488 days of credit warranted limited relief under First Step Act); and United States v. Filiciano, 2023 U.S.Dist.LEXIS 99814 (D.N.M.)(reducing sentence to time-served due to failure of Bureau of Prisons to grant defendant credit for programming).

Attachment A

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

C. Ground three:

_____
_____
_____
_____
_____

Supporting facts:

_____
_____
_____
_____
_____

D. Ground four:

_____
_____
_____
_____
_____

Attachment A

Supporting facts:

_____
_____
_____
_____
_____

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome:
   Ground One was not previously presented as it was not ripe for review when sentence was imposed
   _____
   _____
   _____

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

   A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

      ☒ Yes    ☐ No

   1. If your answer to "A" above was yes, what was the result:
      Denied
      _____
      _____
      _____
      _____

Attachment A

2. If your answer to "A" above was no, explain:

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☒ Yes    ☐ No

1. If your answer to "B" above was yes, what was the result:
Denied

2. If your answer to "B" above was no, explain:


15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

Order the Federal Bureau of Prisons to grant petitioner Earned Time Credits for programming, or order a reduction in petitioner's sentence

Attachment A

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

_____
_____
_____
_____
_____
_____
_____

Signed this __20th__ day of __June 23__, __2023__.
          (day)         (month)         (year)

_Cristian Lara_
Your Signature

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: __June 20, 2023__  _____
                                                          Your Signature